IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: Richard Cook,            CHAPTER 13
       Debtor(s).              CASE NO. 15-33165

## OBJECTION TO CONFIRMATION

COMES NOW Republic Finance, LLC., by and through counsel, and objects to the Confirmation of the Debtor's Plan for the following reasons:

1. The claim of Republic Finance, LLC. ought to be secured instead of unsecured.

2. The Debtor filed this case in bad faith.

WHEREFORE, the Creditor objects to confirmation of the Debtor's Plan for the above reasons, as well as any other reason that could be brought out at an Evidentiary Hearing.

                                                   /s/ Richard C. Dean, Jr.
                                                   Attorney for Republic Finance, LLC.

OF COUNSEL
P.O. Box 1028
Montgomery, AL 36101-1028
334-264-2896
PJH

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following interested parties electronically (CM/ECF) or by placing a copy of the same in the United States mail, postage prepaid and properly addressed on the date that this document is filed in the above case.

| Richard Cook | Joshua C. Milam, Esq. | Mr. Curtis C. Reding, Trustee |
|---|---|---|
| 400 Deer Trace Road | 566 S. Perry Street | P.O. Box 173 |
| Hope Hull, AL 36043 | Montgomery, AL 36104 | Montgomery, AL 36101 |

                                                   /s/ Richard C. Dean, Jr.
                                                   OF COUNSEL